IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALTHEA TAYLOR-BEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INNOVAGE HOLDING CORP., et al. | : | NO. 23-2414 |

ORDER

AND NOW, this 8th day of February 2024, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of defendants InnovAge Holding Corp., Total Community Options Group Holdings Inc., InnovAge Holding Corporation Pennsylvania LIFE, InnovAge Pennsylvania LIFE, LLC, NewCourtland LIFE, Jennifer Rindahl, and Corey Evans to dismiss the amended complaint (Doc. # 21) is GRANTED.

BY THE COURT:

/s/   Harvey Bartle III
                                           J.